**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| | : | **No. 14-520-5** |
| v. | : | |
| | : | |
| **RAPHAEL HUNT-IRVING** | : | |
| | : | |

**ORDER**

This 16th day of June, 2017, the jury having returned its verdict finding the Defendant Raphael Hunt-Irving not guilty as to Third Superseding Indictment Count 7, it is **ORDERED** pursuant to Federal Rule of Criminal Procedure 32(k), that **JUDGMENT** is entered accordingly.

                                                      /s/ Gerald Austin McHugh
                                                      Gerald Austin McHugh
                                                      United States District Judge