# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL ACTION** |
| | : | No. 14-520-5 |
| **RAPHAEL HUNT IRVING** | : | |
| | : | |

## ORDER

This 27th day of July, 2018, upon consideration of Defendant Hunt Irving's Motion to Dismiss the Indictment (ECF No.114) and Motion for New Trial and/or to Arrest Judgment (ECF No. 209), and all responses thereto, it is hereby **ORDERED** that the Motions are **DENIED**.

      /s/ Gerald Austin McHugh
United States District Judge