IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | No. 14-520-5 |
| **RAPHAEL HUNT-IRVING** | : | |
| | : | |
| | : | |

**ORDER**

This 5th day of March, 2021, it is hereby **ORDERED** that Defendant's Motion for Relief under Rule 60(b), ECF 317, is **DENIED.**

               /s/ Gerald Austin McHugh
               United States District Judge