# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | No. 14-520-5 |
| | : | |
| **RAPHAEL HUNT IRVING** | : | |

**MCHUGH, J.**                                                                      May 23, 2022

## ORDER

This 23rd day of May, 2022, it is hereby **ORDERED** that Petitioner Raphael Hunt-Irving's Motion to vacate his sentence under 28 U.S.C. § 2255 (ECF 340) is **DENIED** for the reasons set forth in the accompanying memorandum. There is no basis for the issuance of a certificate of appealability.

/s/ Gerald Austin McHugh
United States District Judge